IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANGELA HYMAN | : |
|        Plaintiff | : |
| | :   CIVIL ACTION |
| v. | : |
| | : |
| BRYAN DEVLIN, | : |
|        Defendant | :   No. 3:17-cv-00089-KRG |
| | :: |

**PLAINTIFF'S DESIGNATION OF
DISCOVERY EXCERPTS TO BE OFFERED AT TRIAL**

**I.     DEPOSITIONS**

Plaintiff Angela Hyman hereby designates the following portions of deposition transcripts to be used in her case-in-chief at trial:

**A.  Shyree Johnson – Video Deposition**

| Transcript pages: | Video time stamp: |
|---|---|
| 5:8-5:18 | 13:47:18-13:47:44 |
| 8:4-12:9 | 13:49:32-13:54:30 |
| 17:21-35:20 | 14:01:16-14:23:19 |
| 36:10-44:9 | 14:24:00-14:34:55 |
| 46:4-48:4 | 14:37:02-14:39:16 |
| 50:15-51:17 | 14:42:08-14:43:07 |
| 52:13-58:9 | 14:43:49-14:50:03 |
| 59:10-68:12 | 14:51:47-15:04:35 |
| 69:23-72:1 | 15:05:48-15:09:02 |

B. **Other Depositions**

Plaintiff reserves the right to use the following depositions taken in this manner for impeachment or other purposes allowed by the Rules:

- Bryan Devlin
- Michael Morris
- Elmer Hertzog
- Brian Black
- Jeffrey Brunner
- Angela Hyman

II.     WRITTEN DISCOVERY EXERPTS

Plaintiff Angela Hyman hereby designates the following portions of written discovery responses she may use in her case-in-chief at trial:

A. Bryan Devlin Interrogatory Responses #1, 2, 3, 4, 6, 7, 9, 17

B. Bryan Devlin Request for Production Responses #1, 5, 9

C. Michael Morris Interrogatory Responses #1, 2, 3, 4, 6, 7, 9, 17

D. Michael Morris Request for Production Responses #1, 5, 9

E. Commonwealth Defendants' Initial Rule 26(a) Disclosures

                                    Respectfully submitted:

Dated: 1/15/2019                                */s/ Andrew M. Milz*
                                                          Andrew M. Milz, Esquire
                                                          **FLITTER MILZ, P.C.**
                                                          450 N. Narberth Avenue, Suite 101
                                                          Narberth, PA 19072
                                                          (610) 822-0782
                                                          amilz@consumerslaw.com
                                                          *Attorneys for Plaintiff*

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on this date, I have electronically filed the foregoing with the Clerk of Court using the CM/ECF system which sent notification of such filing to:

J. Eric Barchiesi, Esquire
Deputy Attorney General
**OFFICE OF ATTORNEY GENERAL**
6th Floor, Manor Complex
564 Forbes Avenue
Pittsburgh, PA 15219
(412) 565-3573
jbarchiesi@attorneygeneral.gov
*Attorney for Defendant*


Date:  1/15/2019                    */s/ Andrew M. Milz*
                                                            ANDREW M. MILZ, ESQUIRE
                                                            Attorney for Plaintiff