IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| ANGELA HYMAN      Plaintiff,<br><br>v.<br><br>CAPITAL ONE AUTO FINANCE, et al.<br><br>Defendant. | C.A. NO. 3:17-CV-0089 (KRG) |
|---|---|

## CERTIFICATION OF SHYREE JOHNSON

I, SHYREE JOHNSON, an adult individual of sound mind, state as follows:

1. I am Angela Hyman's wife.
2. Angela and I are separated as of October 2018.
3. In or about October 2018, I moved back to Texas.
4. My address is 4218 Sun Falls, San Antonio, Texas 78244.
5. In my deposition, I told all the lawyers we were splitting up and that I was going to move back to Texas.
6. I am aware that Angela's lawyer wishes for me to attend the January 29, 2019 trial in her case and has given me a subpoena dated January 18, 2019.
7. I am not available and I cannot attend this trial. I live too far away, and I cannot afford to go to Pennsylvania.

I certify under penalty of perjury that the foregoing is true and correct. Executed on:

Date: 01-23-2018

*Shyree Johnson*
SHYREE JOHNSON

3