# UNITED STATES DISTRICT COURT
## FOR THE
## WESTERN DISTRICT OF PENNSYLVANIA

ANGELA HYMAN

vs   No. 3:17-89   CIVIL

BRYAN DEVLIN

Time for Selection: Begins: 10:23 AM
Ends: 1:30 PM
Date: 1/29/2019

| NO. | NAME OF JUROR | | NO. | NAME OF JUROR | |
|---|---|---|---|---|---|
| 1 | Patton, Douglas E. | CP | (10) | Loucks, Lori R. | J |
| (2) | Puckett, David L. | J | 11 | Mehalko, Frank J Jr. | CP |
| 3 | Wisor, Christie L. | CP | 12 | Clouson, Michael W. | CP |
| (4) | Shaw, Eric J | J | 13 | Martin, Connor S. | CP |
| 5 | Roper, Cynthia A | PP | 14 | Denis, Anthony P. | D1 |
| EX CUSE (6) | Pregmon, Angela L. | J | 15 | Trent, Cecilia A. | CP |
| (7) | Kim, Jeremiah J. | J | (16) | Drank, Lucas M. | J |
| 8 | Bartlett, Jennette B. | D2 | 17 | Wagner, Stacy L. | D3 |
| 9 | Sobecky, Jean | CP | 18 | Hancock, Brenda L. | PP |

### WITNESSES

| | | PLAINTIFF | | | DEFENDANT |
|---|---|---|---|---|---|
| (3) | 19 | Baker, David W. | J | | |
| (5) | 20 | Beck, Shane M. | J | | |
| (8) | 21 | Schott, Eve M. | J | | |
| | 22 | Hirko, Pamela J. | CP | | |
| (9) | 23 | Rhodes, Pamela J. | | | |
| | 24 | Bollman, Robert D. | J | | |
| | 25 | Henry, Jim | PP | | |
| (11) | 26 | Lamison, Donald W. | J | | |
| (12) | 27 | Miller, Dawn R. | J | | |
| | 28 | McKnight, Ericka L. | NU | | |
| | 29 | Wishart, Beth C. | NU | | |
| | 30 | Rainey, Paul D Jr | NU | | |
| | 31 | Creppage, Corinne M. | CP | | |

| | | | | | |
|---|---|---|---|---|---|
| WDPA CTM-2 (02/01) | | | | | |
| | **CLERK'S MEMORANDUM** | | | | |
| Civil Number | 3:17-89 | | Case closed | January 31 | 20 19 |
| Before Judge | Kim R. Gibson | | Judge Charges Jury | February 1 | 20 19 |
| Appears for Pltf. | Andrew M. Milz, Esq. | | Jury Retires | February 1 | 20 19 |
| | | | Verdict | February 1 | 20 19 |
| Appears for Deft. | J. Eric Barchiesi, Esq. | | | | |
| | Jody Lopez-Jacobs, Esq. | | | | |
| Appears for 3rd pty. | | | | | |
| Pltf. opens | January 30 | 20 19 | Bailiff in charge/Law Clerk | Dan Wolfe | |
| Pltf. rest | January 31 | 20 19 | Court Reporter | Rick Ford | |
| Pltf. close | ~~January 31~~ February 1 | 20 19 | Deputy Clerk | Debbie Gorgone | |
| Deft. opens | January 31 | 20 19 | | | |
| Deft. rest | January 31 | 20 19 | | | |
| Deft. close | February 1 | 20 19 | | | |

| JURY | TRIAL MEMORANDUM |
|---|---|
| | **Dates of Trial** |

| Juror | | | Date | |
|---|---|---|---|---|
| 1. Frank, Lucas M | | | | |
| 2. Puckett, David L | Trial Opens | January 29 | 20 19 |
| 3. Baker, David W | Continues | January 30 | 20 19 |
| 4. Shaw, Eric J | Continues | January 31 | 20 19 |
| 5. Beck, Shane M. | Continues | | 20 |
| 6. Excused after jury selection | Continues | | 20 |
| 7. Kim, Jeremiah J. | Continues | | 20 |
| 8. Schott, Eve M. | Continues | | 20 |
| 9. Rhodes, Pamela J | Continues | | 20 |
| 10. Loucks, Lori J | Continues | | 20 |
| 11. Carran, Donald W | Continues | | 20 |
| 12. Miller, Dawn E | | | |

**TRIAL MOTIONS**

Defendant Motion for Judgment as a Matter of Law
Plaintiff Motion for Judgment as a Matter of Law

| | | |
|---|---|---|
| Continues | | 20 |
| Continues | | 20 |
| Continues | | 20 |
| Continues | | 20 |
| Continues | | 20 |
| Continues | | 20 |
| Trial closed | February 1 | 20 19 |
| Verdict | February 1 | 20 19 |