IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ANGELA HYMAN, | ) | Case No. 3:17-cv-89 |
| | ) | |
| Plaintiff, | ) | JUDGE KIM R. GIBSON |
| | ) | |
| v. | ) | |
| | ) | |
| BRYAN DEVLIN | ) | |
| | ) | |
| Defendant. | ) | |

## VERDICT FORM

### Question 1:

Do you find that Ms. Hyman proved, by a preponderance of the evidence, that Trooper Devlin, while acting under color of state law, violated Ms. Hyman's federally protected constitutional rights by affirmatively aiding in the repossession or playing a principal or active role in the repossession?

Yes ✓  No ___

*If you answered "Yes" to Question 1, proceed to Questions 2 and 3.*
*If you answered "No" to Question 1, STOP, as you have reached a verdict in favor of Trooper Devlin.*

### Question 2:

If you answered "Yes" to Question 1, state the amount of compensatory damages that you award to Angela Hyman to compensate her for the harms caused by Trooper Devlin.

$ 5,000.00

### Question 3:

If you answered "Yes" to Question 1, do you find that Trooper Devlin's conduct involved a reckless, malicious, or callous violation of Ms. Hyman's federally protected constitutional rights?

Yes ✓  No ___

*If you answered "Yes" to Question 3, proceed to Question 4.*
*If you answered "No" to Question 3, STOP. Your deliberations have concluded.*

**Question 4:**

If you answered "Yes to Question 3, state the amount of punitive damages that you award to Angela Hyman to punish Trooper Devlin and deter similar conduct in the future.

$500,000.00

**PLEASE SIGN THE NEXT PAGE.**

*JUROR SIGNATURE PAGE*

Date: 2-1-2019

Signed: *Lucas Frank* (Jury Foreperson)

*Eric Schott*

*David Puckett*

*[signature]*

*[signature]*

*Pamela Rhodes*

*David Baker*

*[signature]*

*Lori Loucks*

*Dawn R. Miller*

-3-