IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ANGELA HYMAN, | ) | CIVIL ACTION NO. 3:17-89 |
| | ) | |
| Plaintiff, | ) | JUDGE KIM R. GIBSON |
| | ) | |
| v. | ) | |
| | ) | |
| BRYAN DEVLIN, | ) | |
| | ) | |
| Defendant. | ) | |

## MEMORANDUM ORDER

AND NOW, this _9th_ day of July, 2019, upon consideration of Plaintiff's

Supplemental Motion for Attorney Fees and Costs (ECF No. 164), **IT IS HEREBY**

**ORDERED** that the Motion is **GRANTED**. Plaintiff filed her Motion on June 11, 2019.

Defendant did not file a response. Accordingly, the Court awards Plaintiff $29,875.50 in

attorney fees and $179.20 in costs.

BY THE COURT:

KIM R. GIBSON
UNITED STATES DISTRICT JUDGE