IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ANGELA HYMAN | : | |
|     Plaintiff | : | CIVIL ACTION |
| v. | : | |
| | : | No.  3:17-cv-00089-KRG |
| BRYAN DEVLIN, | : | |
|     Defendant | : | |

## PRAECIPE TO SATISFY JUDGMENT

To the Clerk:

    Please mark the judgment against defendant, Bryan Devlin fully and completely satisfied.

                                        Respectfully submitted:

Date:  6/7/21

                                        */s/Andrew M. Milz*
                                        CARY L. FLITTER
                                        ANDREW M. MILZ
                                        JODY T. LOPEZ-JACOBS
                                        Attorneys for Plaintiff

                                        **FLITTER MILZ, P.C.**
                                        450 N. Narberth Avenue
                                        Narberth, PA  19072
                                        (610) 822-0781
                                        amilz@consumerslaw.com

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| ANGELA HYMAN | | : | |
| | Plaintiff | : | CIVIL ACTION |
| v. | | : | |
| | | : | No. 3:17-cv-00089-KRG |
| BRYAN DEVLIN, | | : | |
| | Defendant | : | |

## CERTIFICATE OF SERVICE

I, ANDREW M. MILZ, do hereby certify that a copy of the foregoing was served upon all counsel of record by CM/ECF electronic filing.

Date: 6/7/21                                          */s/ Andrew M. Milz*
                                                                ANDREW M. MILZ